UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOETTA VEST,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 23-cv-02323-JD<br><br>**ORDER TO SHOW CAUSE** |

On October 5, 2023, the Court held a regularly noticed case management conference in this case. The CMC was rescheduled from August 24, 2023, at the joint request of the parties. Dkt. No. 13, 15. Counsel for defendant Costco did not appear at the conference. Dkt. No. 20. The absence was unexcused. *Id*.

This is not the first time that counsel for Costco failed to comply with a court order in this case. The docket indicates that neither party timely filed an ADR Certification, as required by the Initial Case Management Scheduling Order. *See* Dkt. Nos. 4, 17.

These defaults unfairly burden the Court, and needlessly multiply the proceedings in this case. Counsel of record Arlen Litman-Cleper and Sean Moriarty are directed to show cause in writing why the Court should not impose monetary sanctions for their failure to attend the case management conference. A response to this order must be filed no later than October 27, 2023.

**IT IS SO ORDERED.**

Dated: October 13, 2023

JAMES DONATO
United States District Judge